# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DJAMSHED UMAROV, | : |
| *Plaintiff,* | : |
| v. | : CIVIL NO. 22-4163 |
| COMMISSIONER DANIELLE OUTLAW, *et al.*, | : |
| *Defendants.* | : |

## ORDER

**AND NOW**, this **30th** day of **September 2024**, upon consideration of Defendant Outlaw's Motion to Dismiss (ECF No. 3), Defendants Philadelphia District Attorney's Office, Larry Krasner, and Jane Doe Employee of the Philadelphia District Attorney's Office's (collectively DAO Defendants) Motion to Dismiss (ECF No. 4), and the City of Philadelphia's Motion to Dismiss (ECF No. 19), and all papers in support thereof and in opposition thereof, it is **hereby ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motions to Dismiss are **GRANTED as follows**:

1. All claims against the Philadelphia Police Department are **DISMISSED WITH PREJUDICE**;

2. All claims against the DAO Defendants are **DISMISSED WITH PREJUDICE**;

3. All claims against Defendant Outlaw are **DISMISSED WITHOUT PREJUDICE**; and

4. All claims against the City of Philadelphia are **DISMISSED WITHOUT PREJUDICE**;

**IT IS FURTHER ORDERED** that if Plaintiff elects to file an amended complaint, he must do so within **thirty (30) days of this Order.** Otherwise, the Court will determine he intends to stand upon his Complaint and proceed only against Defendant Thomas Anderosky and John/Jane Doe PPD Employee.

1

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge